J-A04030-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| | | |
|---|---|---|
| A.D.W., | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| L.A.K., | : | |
| | : | |
| Appellee | : | No. 1232 WDA 2014 |

Appeal from the Order Entered July 14, 2104
in the Court of Common Pleas of Jefferson County,
Civil Division, at No(s): 560-2013 C.D.

| | | |
|---|---|---|
| A.D.W., | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| L.A.K., | : | |
| | : | |
| Appellee | : | No. 1464 WDA 2014 |

Appeal from the Order Entered August 28, 2104
in the Court of Common Pleas of Jefferson County,
Civil Division, at No(s): 560-2013 C.D.

BEFORE:   BOWES, OLSON, and STRASSBURGER,* JJ.

CONCURRING AND DISSENTING MEMORANDUM BY STRASSBURGER, J.:
                                            **FILED APRIL 10, 2015**

I agree with the learned Majority's well-written disposition of Mother's substantive claims.  However, I write separately to note that, given Mother's willful noncompliance with the trial court's orders and absence from the jurisdiction, I would decline to consider her appeal in the first instance. In

---

*Retired Senior Judge assigned to the Superior Court.

my view, similar to a fugitive from the law, Mother has by her actions forfeited her right to appellate review. *See* Pa.R.A.P. 1972(a)(6) (permitting this Court, upon motion of either party, to continue generally or quash an appeal where the appellant is a fugitive). Accordingly, I would quash this appeal.